NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWARD FEARS, JR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7047

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-4553, Judge Robert N. Davis.

---

## ON MOTION

---

## ORDER

Upon consideration of Edward Fears, Jr.'s unopposed motion for a 15-day extension of time, until August 30, 2012, to file his reply brief,

IT IS ORDERED THAT:

The motion for an extension of time is granted. Fears's reply brief is due no later than August 30, 2012.

FOR THE COURT

**AUG 0 7 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Sean A. Ravin, Esq.
     Michael S. Macko, Esq.

s25

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 0 7 2012**

**JAN HORBALY**
**CLERK**